**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:     Belinda Dawn Tidwell v. The State of Texas

Appellate case number:   01-12-00298-CR

Trial court case number:  1267425

Trial court:              177th District Court of Harris County

Appellant's retained counsel filed a motion to withdraw that complied with Rule 6.5 and the motion was granted. Appellant was ordered to file a pro se brief or retain counsel to file a pro se brief by January 28, 2013. Appellant has filed a motion claiming that she is now indigent and requesting appointed counsel on appeal.

Accordingly, we abate this appeal and remand the case to the trial court for a hearing at which a representative of the Harris County District Attorney's office and appellant shall be present in person. At the hearing, the trial court shall determine:

1) Whether appellant is now indigent, and,
   a. If appellant is now indigent, enter a written order appointing counsel on appeal and order counsel to file a brief with this Court within 30 days of the date of the hearing, regardless of whether this Court has yet reinstated the appeal;
   b. If appellant is not indigent, the trial court shall determine whether appellant intends to retain counsel, and,
      i. If appellant intends to retain counsel, shall set a hearing date not later than 20 days from the date of the initial hearing at which appellant must appear with her retained counsel so that the trial court may enter new counsel's information;
      ii. If appellant does not intend to retain counsel, or does not appear at the reset hearing with counsel, the trial court shall admonish appellant of the dangers and disadvantages of self-representation on the record and shall make a written and oral finding regarding whether appellant is knowingly and intelligently waiving her right to counsel.

*See* TEX. CODE CRIM. PROC. ANN. art. 1.051(a), (c), (d), (f), 26.04 (West Supp. 2012).

The trial court shall have a court reporter record the hearing, and the reset hearing if required, and file the reporter's record with the Court **no later than 40 days from the date of**

**this order**.  Additionally, any orders or findings of the trial court made at either hearing shall be included in a supplemental clerk's record and filed in this Court **no later than 40 days from the date of this order**.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.  The appeal will be reinstated on this Court's active docket when the supplemental clerk's record and reporter's record of the hearing are filed in this Court.  **The court coordinator of the trial court shall set a hearing date and notify the parties and the Clerk of this Court of such date.**

It is so ORDERED.

Judge's signature: _Justice Rebeca Huddle_

      ☑ Acting individually    ☐ Acting for the Court

Date:  February 8, 2013